IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RAQUITHA JOHNSON, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-00064-O |
| | § | |
| KROGER TEXAS L.P., | § | JURY DEMANDED |
|    Defendant. | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court has been advised by the parties that all matters in controversy between Plaintiff Raquitha Johnson and Defendant Kroger Texas, L.P. have been fully and completely compromised and settled and that Plaintiff no longer desires to pursue this cause, or any claims related to this cause against Defendant. Therefore, the Court is of the opinion that this case should be dismissed with prejudice to the refiling of it.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** Plaintiff's claims against Defendant Kroger Texas, L.P. in this action are dismissed with prejudice to the refiling of same, with each party to pay their own court costs.

Executed on this 28th day of August, 2024.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

- Solo page -